UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KISHA BARI,

        Plaintiff,

   v.

LATINLIFE, INC,

        Defendant.

Case No. 21-cv-04946-JST

**ORDER TO FILE REQUEST FOR ENTRY OF DEFAULT JUDGMENT AND CONTINUING CASE MANAGEMENT CONFERENCE**

A case management conference is scheduled for September 28, 2021. A case management statement was due September 21, 2021, but none was filed.

Plaintiff requested entry of default on September 22, 2021. ECF No. 8. The clerk entered default on September 23, 2021. ECF No. 10.

Plaintiff is ordered to file a request for entry of default judgment by November 12, 2021. The case management conference scheduled for September 28, 2021 is continued to January 4, 2022. A case management statement is due December 28, 2021. Plaintiff is admonished to comply in the future with the Court's orders, standing orders, and local rules.

**IT IS SO ORDERED.**

Dated: September 23, 2021



_____
JON S. TIGAR
United States District Judge